**IT IS ORDERED as set forth below:**

**Date: May 20, 2022**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

```
               UNITED STATES BANKRUPTCY COURT
               NORTHERN DISTRICT OF GEORGIA
                     ATLANTA DIVISION

In re:                          :    Case No. 22-53775-JWC
                                :
DUNWOODY LABS, INC.,            :    Chapter 11
                                :
     Debtor.                    :
_____:
                                :    Case No. 22-53776-JWC
GEZIM AGOLLI,                   :
                                :
     Debtor.                    :    Chapter 11
                                :
_____:
```

ORDER APPROVING JOINT ADMINISTRATION OF CASES

WHEREAS, it appears that on May 17, 2022 the above referenced Debtors filed separate voluntary petitions for relief under Chapter 11 of Title 11 of the United States Code ("Bankruptcy Code"). It appears that the Debtors are "affiliates" as that term is defined in 11 U.S.C. § 101(2).

WHEREAS, on May 19, 2019, the Debtors filed *Motions For Orders Authorizing Joint Procedural Administration Of Related Cases* (collectively, the "Motions"). Pursuant to the Motions,

Debtors seek entry of an order in accordance with Federal Rule of Bankruptcy Procedure 1015(b) authorizing joint procedural administration of Debtors' bankruptcy cases. Based on the record in this case, for good cause shown, and notice and hearing not being necessary,

It is hereby ORDERED that the Motions are granted as follows:

1. Debtors' bankruptcy cases are administratively consolidated, with the case of Dunwoody Labs, Inc., case number 22-53775-JWC, serving as the lead case. Except as expressly indicated hereinbelow, parties in interest in any of the cases shall file all papers in Case No. 22-53775-JWC, and all original docket entries shall be made in Case No. 22-53775-JWC.

2. The joint caption for all papers filed with regard to any case shall read as follows:

```
            UNITED STATES BANKRUPTCY COURT
             NORTHERN DISTRICT OF GEORGIA
                   ATLANTA DIVISION
```

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| DUNWOODY LABS, INC., and | : | Case No. 22-53775-JWC |
| GEZIM AGOLLI, | : | Case No. 22-53776-JWC |
| | : | |
| Debtors. | : | Case No. 22-53775-JWC |
| _____ | : | |

3. The Clerk of Bankruptcy Court is directed to make a docket entry in both bankruptcy cases as follows:

> In accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure, an order has been entered for the joint procedural administration of the bankruptcy

cases of Dunwoody Labs, Inc., case number 22-53775-JWC, and Gezim Agolli, case number 22-53776-JWC. All papers shall be filed in the case of Dunwoody Labs, Inc., case number 22-53775-JWC; except, however, creditors shall file proofs of claim, if required, only in the case or cases in which such creditors have claims.

4. Notwithstanding anything contained herein to the contrary, the Clerk of Bankruptcy Court shall maintain a separate claim register for each case and creditors are directed to file proofs of claim, if required, only in the case or cases in which such creditors have claims.

5. Notwithstanding anything contained herein to the contrary, each Debtor shall file separate monthly operating reports to be docketed under Case # 22-53775-JWC.

6. Joint administration is for procedural purposes only. Nothing in this Order should be construed as providing for substantive consolidation.

7. Counsel for Debtors shall promptly mail copies of this Order to the United States Trustee, the Subchapter V trustee, all creditors in each of the bankruptcy cases, and any party having filed a Notice of Appearance requesting copies of notices and shall file a Certificate of Service evidencing the same.

END OF DOCUMENT

Prepared and submitted by,
PAUL REECE MARR, P.C.
Debtors' attorney

/s/ Paul Reece Marr
Paul Reece Marr
GA Bar No. 471230
1640 Powers Ferry Road
Building 24, Suite 350
Marietta, GA 30067
770-984-2255
Paul.marr@marrlegal.com

DISTRIBUTION LIST

     Pursuant to Local Rule 9013-2(b) for the United States Bankruptcy Court, Northern District of Georgia, following is a list of all parties to be served with a copy of this Order:

Lindsay P. S. Kolba
Office of the U. S. Trustee
362 United States Courthouse
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303

Paul Reece Marr, P.C.
Paul Reece Marr, Esq.
1640 Powers Ferry Road
Building 24, Suite 350
Marietta, GA 30067